**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

MICHAEL E. HAYES,                  : THE HONORABLE RENÉE MARIE BUMB
                                   :
                                   :
                                   : Civ. No. 17-13364 (RMB)
            Petitioner             :
     v.                            :
                                   : **OPINION**
                                   :
THE ATTORNEY GENERAL               :
OF THE STATE OF NEW JERSEY,        :
                                   :
            Respondent             :
_____:

**BUMB, District Judge**

On December 20, 2017, Petitioner Michael E. Hayes, incarcerated in South Woods State Prison in Bridgeton, New Jersey, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1). Petitioner submitted an amended petition on September 10, 2018 after the original petition was dismissed under Habeas Rule 2 for failure to state a claim. (ECF No. 12). Respondent State of New Jersey answered on March 28, 2019. (ECF No. 1616). Mail sent to Petitioner was returned as undeliverable on August 19, 2019. (ECF No. 20). Petitioner did not advise the Court of his new address.

I. DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> [U]nrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of such change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dep't of Corr., No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

Mail sent to Petitioner's last known address was returned. To date, Petitioner has not informed the Court of his new address.

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1. An appropriate order follows.


Dated: August 26, 2019

                                        s/Renée Marie Bumb
                                        **RENÉE MARIE BUMB**
                                        **UNITED STATES DISTRICT JUDGE**